UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY** | **No. MDL 05-01699 CRB** |
|---|---|
| This Document Relates to:<br><br>Larry Brown 07-1954 CRB<br>Kathy Grant 07-1954 CRB<br>Claudia Marshall 07-1956 CRB<br>LaDonna Mueller 07-1956 CRB<br>Sandra Painter 07-1956 CRB<br>Frances Patterson 07-1956 CRB<br>Yvonne Powell 07-1955 CRB<br>Sandra Rish 07-1956 CRB<br>Brenda Russell 07-1956 CRB<br>Elizabeth Spears 07-1956 CRB<br>LeRoy Wilson, Jr. 07-1955 CRB | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

Now pending before the Court are the motions of Bradford D. Myler and Associates, counsel for the above-named Plaintiffs, to withdraw as counsel of record for the above-named Plaintiffs.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of

prosecution.  See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before **December 1, 2009** of the reasons the withdrawal should not be granted or the case dismissed.  If any Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of how the Court should contact Plaintiff.

Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

**IT IS SO ORDERED**

Dated: November 10, 2009

_____
Hon. Charles R. Breyer
United States District Court