Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495
Email: SheriJ@mylerdisability.com]
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>Carol Hively o/b/o Nellie Albers, et all; Roger Crandall, et all; and Chris Adams, et all.<br>(Case Nos. 07-1954; 07-1955 and 07-1956 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE** |

Come now all remaining Plaintiffs in these actions, including but not limited to: (1) **Case No. 07-1954**: Carol Hively o/b/o Nellie Albers; Linell Cable Jones o/b/o Reba Cable; Bertis Davis o/b/o Shirley Davis; Deborah Bevil o/b/o Bessie Dickson; James Todd Mosley o/b/o Elsie Dunham; James Fassett o/b/o George Fassett; Sharon Scheel o/b/o Johnnie Louise Gage; Faye Wilson o/b/o Debbie Masters; Alice Margaret McMillan o/b/o Hughlon McMillan; Carol Howard Pasic o/b/o Ronald Murry Pasic; Leonel Ponce o/b/o Edelia Ponce; Derrell Eckman o/b/o Pearl Reynolds, Jacqueline Shaw o/b/o Robert Shaw; Judy Smith o/b/o Robert Earl Smith; and Brenda Barragan o/b/o Shirley Struble; **(2) Case No. 07-1955**: Roger Crandall; Steven Frost; Roger Hagan; Sylvia McCrory; and LeRoy Wilson Jr.; **(3) Case No. 07-1956**: Chris Adams; Jack Brower; Toby Bullard; Vickie Busher; Lorna Carter; Kathleen Cashman; Jay Chickering; Sandral Clendening; Christina Crowther; Henrietta Dazet; Marie Donaldson; Carol Eno; James Gaunce; Elwood Hively; David Malone; Antonella Mirabella-Kelly; Arthur Noble; Wilton

1  Patillo; Shirley Stewart; Randy Williams; Carl Anglin; William Bailey; Martha Baxter; Ethel
2  Bownman-Dunn; Sarah Broadway; Karen Brown; Linda Dalman; Doris Dinwiddie; Tony Gentz;
3  Patricia Kelley; Delbert King; Edna Klingensmith; Lenora Lange; Sharlene Meeh; Doris Mickel;
4  Sharon Nichols; Ricky Oster; Sandra Painter; Teri Parmeter; Frances Patterson; Mary Reed-
5  Provini; Sandra Rish; Brenda Russell; Gwen Schoen; Gregory Scholes; Helen Scott; Joel Smith;
6  Ida Souza; Waymond Stone; Glen Streight; Exie Brenda Tenney; Julie Teeters; Ronnie Thomas;
7  Antoinette Ticali; Douglas Walton; Michael Wheelock; Wesley Wilson; and Charles Witte and
8  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
9  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with
10 each side bearing its own attorneys' fees and costs.

DATED: 12/4, 2009     By: _____

Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495

*Attorneys for Plaintiffs*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 2, 2010      By: /s/ [signature]

2  
3  DLA PIPER LLP (US)
   1251 Avenue of the Americas
4  New York, New York 10020
   Telephone: (212) 335-4500
5  Facsimile: (212) 335-4501
   *Defendants' Liaison Counsel*

6

7

8

9  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
10 IT IS SO ORDERED.**

11

12 Dated: FEB 1 6 2010      [signature]

13                           Hon. Charles R. Breyer
                             United States District Court

14

15–28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**